D. C. MAXWELL *v.* H. M. CALDWELL, Adm'r and others.

When a Judge below refuses to give a judgment prayed for, (except in the case of his refusal to grant an Injunction,) no appeal lies to this Court.

CIVIL ACTION, to recover the amount of certain notes, and that certain land shall be charged with the payment of the same, heard before *Schenck, J.*, at the Fall Term, 1874, of CABARRUS Superior Court.

No statement of facts is necessary in this case.

From the refusal of his Honor to give judgment on the pleadings, the plaintiff appealed.

*Barringer,* for appellant.
*Montgomery* and *Walker,* contra.

RODMAN, J. No appeal will lie from a mere refusal of the Judge to give a judgment prayed for, (except in the case of his refusal to grant an injunction.)

The Judge here gives no judgment. Let this opinion be certified.

PER CURIAM.　　Case remanded to be proceeded in according to law.